**E-Filed 8/25/2010**

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| EVELYN SABBAG, Derivatively on Behalf of AKEENA SOLAR, INC.,<br><br>                Plaintiff,<br><br>      v.<br><br>BARRY CINNAMON, GARY EFFREN, EDWARD ROFFMAN, JON WITKIN, GEORGE LAURO, and DAVID WALLACE,<br><br>                Defendant,<br><br>-and-<br><br>AKEENA SOLAR, INC., a Delaware Corporation,<br><br>                Nominal Defendant. | Case Number 10-CV-02735-JF (HRL)<br><br>ORDER[1] RE STIPULATION CONSOLIDATING ACTIONS, APPOINTING LEAD COUNSEL, AND RELATED MATTERS<br><br>[RE: Doc. No. 15] |
| VINCENT F. CILURZO and AUDREY T. CILURZO, Derivatively on Behalf of AKEENA SOLAR, INC.,<br><br>                Plaintiff,<br><br>      v.<br><br>BARRY CINNAMON, EDWARD ROFFMAN, GARY EFFREN, GEORGE LAURO, DAVID WALLACE, and JON WITKIN,<br><br>                Defendant,<br><br>-and-<br><br>AKEENA SOLAR, INC., a Delaware Corporation,<br><br>                Nominal Defendant. | Case Number 10-CV-02806-JF |

---

[1] This disposition is not designated for publication in the official reports.

Case No. 10-CV-02735-JF (HRL)
ORDER RE STIPULATION CONSOLIDATING ACTIONS, APPOINTING LEAD COUNSEL, AND RELATED MATTERS
(JFEX2)

| | |
|---|---|
| DONALD A. TRISKETT, Derivatively on Behalf of AKEENA SOLAR, INC.,<br><br>Plaintiff,<br><br>v.<br><br>BARRY CINNAMON, GARY EFFREN, EDWARD ROFFMAN, and JON WITKIN,<br><br>Defendant,<br><br>-and-<br><br>AKEENA SOLAR, INC., a Delaware Corporation,<br><br>Nominal Defendant | Case Number 10-CV-02992-JF |
| DANIEL JAQUEZ, Derivatively on Behalf of AKEENA SOLAR, INC.,<br><br>Plaintiff,<br><br>v.<br><br>BARRY CINNAMON, PRADEEP JOTWANI, ED ROFFMAN, JON MATHEW WITKIN, GARY EFFREN, and DOES 1-20,<br><br>Defendant,<br><br>-and-<br><br>AKEENA SOLAR, INC., a Delaware Corporation,<br><br>Nominal Defendant | Case Number 10-CV-03020-JF |
| JOHN R. KLEIN, Derivatively on Behalf of AKEENA SOLAR, INC.,<br><br>Plaintiff,<br><br>v.<br><br>BARRY CINNAMON, GARY EFFREN, EDWARD ROFFMAN, AND JON WITKIN,<br><br>Defendant,<br><br>-and-<br><br>AKEENA SOLAR, INC., a Delaware Corporation,<br><br>Nominal Defendant | Case Number 10-CV-03387-PVT |

2

1    On July 30, 2010, the plaintiffs listed in case numbers 10-CV-02735-JF (HRL), 10-CV-
2 02806-JF, 10-CV-02992-JF, and 10-CV-03020-JF (collectively "Stipulating Plaintiffs") filed a
3 stipulated motion to consolidate certain actions, appoint lead counsel, and set a schedule for the
4 consolidated action.  On August 3, 2010, John Klein ("Objecting Plaintiff") filed an
5 administrative motion to consider whether his case should be related to the Stipulating Plaintiffs'
6 action and otherwise objected to Stipulating Plaintiffs' motion.  On August 5, 2010, Stipulating
7 Plaintiffs filed a response to Objecting Plaintiff's motion.  On August 6, 2010, Defendants filed a
8 Joinder to Stipulating Plaintiffs' response.

9    The Court has considered all of the documents identified above.  It appears that all parties
10 agree that their cases are related.  Accordingly, the clerk shall reassign *Klein v. Cinnamon, et al.*,
11 Case No. 10-CV-03387-PVT to the undersigned.  Moreover, the following cases are consolidated
12 for all purposes:
13    o *Sabbag v. Cinnamon, et al.*, Case No. 10-CV-02735-JF;
14    o *Cilurzo, et al. v. Cinnamon, et al.*, Case No. 10-CV-02806-JF;
15    o *Triskett v. Cinnamon, et al.*, Case No. 10-CV-02992-JF;
16    o *Jaquez v. Cinnamon, et al.*, Case No. 10-CV-03020-JF; and
17    o *Klein v. Cinnamon, et al.*, Case No. 10-CV-03387-PVT.
18 The files of the consolidated action shall be maintained in one file under File No. 10-CV-02735-
19 JF (HRL).

20    The parties do not appear to have reached agreement with respect to the appointment of
21 lead counsel or an appropriate case management schedule.  Accordingly, a Case Management
22 Conference is hereby set for Friday, September 3, 2010 at 10:30 am.  Counsel may appear
23 telephonically.  Any telephonic appearance must be arranged by calling Court Call at (866) 582-
24 6878 in advance of the conference.

25
26
27
28

3

Case No. 10-CV-02735-JF (HRL)
ORDER RE STIPULATION CONSOLIDATING ACTIONS, APPOINTING LEAD COUNSEL, AND RELATED
MATTERS
(JFEX2)

**ORDER**

(1) Objecting Plaintiff's administrative motion to relate *Klein v. Cinnamon, et al.*, to the instant case is hereby GRANTED;

(2) The above-listed cases are CONSOLIDATED; and

(3) A Case Management Conference is set for September 3, 2010 at 10:30 am to discuss appointment of lead counsel and the case schedule.

IT IS SO ORDERED.

DATED: 8/25/2010

_____
JEREMY FOGEL
United States District Judge

Case No. 10-CV-02735-JF (HRL)
ORDER RE STIPULATION CONSOLIDATING ACTIONS, APPOINTING LEAD COUNSEL, AND RELATED MATTERS
(JFEX2)